**Jose MORALES, Plaintiff–Appellant,**

v.

**Stewart ELLIS; State of New York, Defendants–Appellees.**

No. 00–239.

United States Court of Appeals,
Second Circuit.

March 23, 2001.

Jose Morales, Wallkill, NY, pro se.

Thomas B. Litsky, Assistant Solicitor General; Mark Gimbel, Assistant Solicitor General, on the brief, for Eliot Spitzer, Attorney General, New York, NY, for appellee.

Present LEVAL, and SACK, Circuit Judges, PATTERSON,* District Judge.

SUMMARY ORDER

UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the judgment of the District Court be and it hereby is AFFIRMED.

Plaintiff Jose Morales, who alleges that prison medical staff provided inadequate medical care for his toe injury, appeals from the district court's dismissal of his action under 42 U.S.C. § 1983 pursuant to Fed.R.Civ.P. 12(b)(6). Morales has failed to allege facts which show that Nurse Stewart, in treating his toe, acted with "deliberate indifference to serious medical needs." *Estelle v. Gamble,* 429 U.S. 97, 104, 97 S.Ct. 285, 50 L.Ed.2d 251 (1976). We therefore affirm.